# ELECTRONIC RECORD

1637-14

| | |
|---|---|
| COA #   10-14-00073-CR | OFFENSE:   Habeas Corpus - Bail |
| STYLE:   Ex parte Curtis Wayne Huddleston v. | COUNTY:   Burleson |

| | |
|---|---|
| TRIAL COURT:   335th District Court |       Appellant's     MOTION |
| TRIAL COURT #:   14,220 | FOR REHEARING IS:   DENIED |
| TRIAL COURT JUDGE:   Hon. Reva Towslee Corbett | DATE:   November 12, 2014 |
| DISPOSITION:   AFFIRMED | JUDGE: |

DATE:   September 18, 2014

JUSTICE:   Scoggins       PC      S   YES

PUBLISH:           DNP:   YES

| | | |
|---|---|---|
| CLK RECORD:   4/2/2014 | SUPP CLK RECORD: | 6/9/2014 |
| RPT RECORD:   3/24/2014 | SUPP RPT RECORD: | |
| STATE BR:   5/27/2014 | REPLY BR: | 6/9/2014 |
| APP BR:   4/22/2014 | PRO SE BR: | |

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

CCA #   **1637-14**

--------------------

__*APPELLANT'S*__ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_

DATE: _03/18/2015_

JUDGE: _Per Curiam_

KELLER, P.J. would GRANT

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

--------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____